Dear Sir/Madam

06-25-15

46,045-03,02

Greetings! The reason I am writing to you is because I am in need of your assistances in obtaining some legal documents.

Now, I would like for you to send me copies of all documents and motions filed in the Appeal of the State of Texas v Michael Ray JACKSON filed on or around the month of November 2001 to March 2002 in cause #879446 (I don't know cause # you assigned). Like writ of habeas corpus 11.07 and dismissal of 11.07.

Your assistances in obtaining these court documents will be highly appreciated.

Sincerely,

Michael

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 06 2015

Abel Acosta, Clerk